Fill in this information to identify your case:

Debtor 1: **Carl John Lang**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing): **Karen Sue Lang**
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number (if known): **17-24861**

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7      12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Chase Home Finance**<br>Description of property securing debt: **947 Thompson Blvd Essex, MD 21221  Baltimore County** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>■ Retain the property and [explain]: **keep paying** | ■ No<br>☐ Yes |
| Creditor's name: **Consumer Portfolio Services**<br>Description of property securing debt: **2009 Dodge Ram 1500 98000 miles** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Creditor's name: **OneMain Financial**<br>Description of property: **1999 Ford S150 160000 miles** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |

Official Form 108      Statement of Intention for Individuals Filing Under Chapter 7      page 1

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1  **Carl John Lang**
Debtor 2  **Karen Sue Lang**   Case number (if known) **17-24861**

securing debt:

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

### Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X  **/s/ Carl John Lang**
   Carl John Lang
   Signature of Debtor 1

   Date  **March 16, 2020**

X  **/s/ Karen Sue Lang**
   Karen Sue Lang
   Signature of Debtor 2

   Date  **March 16, 2020**

# United States Bankruptcy Court
## District of Maryland

In re: Carl John Lang, Karen Sue Lang, Debtor(s)

Case No. 17-24861
Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on **March 16, 2020** a copy of Statement of Intention for Individuals Filing Under Chapter 7 was served electronically by the Court's CM/ECF system on the following:

- Charles R. Goldstein    trustee@3cubed-as.com, MD13@ecfcbis.com
- Amy Kline    akline@thecreditorsfirm.com, ab.kline@yahoo.com;legal@thecreditorsfirm.com
- Scott Elliot Nadel    scottnadel@lojnlaw.com, jeff@lojnlaw.com
- Joshua Welborn    bankruptcymd@mwc-law.com, bankruptcymd@ecf.inforuptcy.com

I hereby further certify that on the March 16, 2020 a copy of the Statement of Intention for Individual Filing Under Chapter 7 was also by regular United States mail to

Chase Home Finance
C/O Jessica M. Horton, Esquire
McCabbe Weisberg & Conway LLC
312 Marshall Avenue - Suite 800
Laurel, MD 20707-4808

OneMain Financial
P.O. Box 278
Wilmington, OH 45177-0278

Consumer Portfolio Services
P.O. Box 57071
Irvine, CA 92619-7071

/s/ Marc A. Appel
Marc A. Appel 10592
Waldman, Grossfeld, Appel & Baer, P.A.
455 Main Street
Reisterstown, MD 21136
443-712-2529 Fax:443-712-2538
mappel7@aol.com